UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  }
        }  Case No. : 17-17189 AMC
        }
        }  Chapter 13
Rachel Thomas  }
    Debtor(s)  }

## ORDER

AND NOW, this 11th day of Dec. , 2017, upon Motion of Kenneth E. West, Esquire, attorney for the above Debtor(s), it is hereby ORDERED AND DECREED that the time for filing the Chapter 13 Plan, Statements, Schedules, Summary Sheets, Statistical Summary of Certain Liabilities and Statement of Current Income is extended an additional twenty-one (21) days. No further extension shall be granted.

BY THE COURT:

_____ J.

cc:   William C. Miller, Trustee
      Office of the US Trustee
      Rachel Thomas