United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17189-amc
Rachel Thomas                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey            Page 1 of 1           Date Rcvd: Dec 12, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db             +Rachel Thomas,   1218 Sandringham Road,    Bala Cynwyd, PA 19004-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
     KENNETH E. WEST    on behalf of Debtor Rachel   Thomas dwabkty@aol.com, G6211@notify.cincompass.com
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                 TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    }
                                          }    Case No. : 17-17189 AMC
                                          }
                                          }    Chapter 13
Rachel Thomas                             }
        Debtor(s)                         }

### ORDER

AND NOW, this 11th day of Dec. , 2017, upon Motion of Kenneth E. West, Esquire, attorney for the above Debtor(s), it is hereby ORDERED AND DECREED that the time for filing the Chapter 13 Plan, Statements, Schedules, Summary Sheets, Statistical Summary of Certain Liabilities and Statement of Current Income is extended an additional twenty-one (21) days. No further extension shall be granted.

BY THE COURT:

_____
                                    J.

cc:    William C. Miller, Trustee
       Office of the US Trustee
       Rachel Thomas