UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
                                :
RACHEL THOMAS                   :
            Debtor (s)          :        BANKRUPTCY NO. 17-17189 AMC

## CERTIFICATE OF SERVICE
## PLAN TO ALL CREDITORS

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on January 3, 2018, a copy of the Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery).

Dated:  January 3, 2018              */s/ Kenneth E. West*llllllllllllllllllllllll
                                     KENNETH E. WEST, ESQUIRE
                                     Douglass, West & Associates
                                     830 Lansdowne Avenue
                                     Drexel Hill, PA  19026
                                     Phone No.:    610-446-9000
                                     Fax No.:       610-449-5380
                                     Counsel for Debtor(s)