IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rachel Thomas<br>　　　Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC dba Mr. Cooper as servicer for Wilmington Trust Company, as successor Trustee to U.S. Bank National Association, as Trustee to MASTR Alternative Loan Trust 2005-3 Mortgage Pass-Through Certificates, Series 2005-3 | BANKRUPTCY CASE NUMBER<br>17-17189/AMC<br><br>11 U.S.C. § 362<br><br>February 20, 2018 at 11:00 am |
| 　　　Movant,<br>v.<br>Rachel Thomas<br>　　　Debtor,<br>William C. Miller, Trustee,<br>　　　Additional Respondent. | Courtroom # 5 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Nationstar Mortgage LLC dba Mr. Cooper as servicer for Wilmington Trust Company, as successor Trustee to U.S. Bank National Association, as Trustee to MASTR Alternative Loan Trust 2005-3 Mortgage Pass-Through Certificates, Series 2005-3 has filed a Motion for Relief, with the Court for relief from the automatic stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 10, 2018 you or your attorney must do all of the following:

　　(a)　　file an Answer explaining your position at United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

If you mail your Answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　(b)　　mail a copy to Movant's attorney:
　　Kevin S. Frankel, Esquire
　　Shapiro & DeNardo, LLC
　　3600 Horizon Drive, Suite 150, King of Prussia, PA 19406
　　Phone: (610)278-6800
　　Fax: (847) 954-4809

2.　　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.　　A hearing on the motion is scheduled to be held before the HONORABLE ASHELY M. CHAN on February 20, 2018 at 11:00 am in Courtroom #5, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.　　If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.　　You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:  _January 24, 2018　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
　　　　　　　　　　　　　　　　　　PA BAR ID #318323
S&D File #:15-050634　　　　　　　　　pabk@logs.com