UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. : 17-17189 AMC |
| | Chapter 13 |
| Rachel Thomas | |
| Debtor(s) | |

_____

| | |
|---|---|
| Nationstar Mortgage | |
| Movant | 11 U.S.C. §362 |
| v. | |
| Rachel Thomas | |
| Respondent | |

## CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esquire, attorney for Debtor, hereby certifies that on February 7, 2018, service of the Answer to the Motion for Relief from the Automatic Stay under §362(d) was served electronically or by first class mail, postage prepaid, upon the moving party by mailing a copy of the Answer to the moving party's attorneys, Shapiro & DeNardo and to the Trustee, William C. Miller, Esquire.

Dated: February 7, 2018

*/s/ Kenneth E. West*llllllllllllllllllllll
 KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:     610-446-9000
Fax No.:         610-449-5380
Counsel for Debtor(s)