```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                      Case No. 17-17189-amc
Rachel Thomas                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey              Page 1 of 1              Date Rcvd: Feb 20, 2018
                                Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db             +Rachel Thomas,    1218 Sandringham Road,    Bala Cynwyd, PA 19004-2025
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              KENNETH E. WEST    on behalf of Debtor Rachel  Thomas dwabkty@aol.com,   G6211@notify.cincompass.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5

1 Thomas Stipulation Bankruptcy Case # 17-17189/AMC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Rachel Thomas,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC dba Mr. Cooper as servicer for Wilmington Trust Company, as successor Trustee to U.S. Bank National Association, as Trustee to MASTR Alternative Loan Trust 2005-3 Mortgage Pass-Through Certificates, Series 2005-3,<br>    Movant,<br>v.<br>Rachel Thomas,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER 17-17189/AMC<br><br>11 U.S.C. § 362 |

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. Debtor has expressed an interest in selling 1218 Sandringham Road, Bala Cynwyd, PA 19004 (the "Property").

2. Upon receipt of an Agreement of Sale, Debtor shall file the appropriate Motion to Sell the Property.

3. Movant is not opposed to the sale of the Property so long as it is paid in full or an amount agreed upon by Movant to satisfy the lien.

4. The sale of the Property shall occur on or before August 1, 2018

5. The parties agree should the Property not sell by the above referenced date that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, is lifted August 2,

2 Thomas Stipulation Bankruptcy Case # 17-17189/AMC

2018 to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1218 Sandringham Road, Bala Cynwyd, PA 19004; and under Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

The parties request that this Honorable Court approve this stipulation.

Dated: 2/15/18

Kevin S. Frankel, Esquire
Attorney for Movant

Dated: 2/15/18

Kenneth E. West, Esquire
Attorney for Debtor

Dated: 2-15-18

William C. Miller, Trustee   JACK MILLER   No objection

AND NOW, this 20th day of February, 2018, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE