# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17189-AMC

RACHEL THOMAS

1218 SANDRINGHAM ROAD

BALA CYNWYD, PA 19004

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
RACHEL THOMAS

1218 SANDRINGHAM ROAD

BALA CYNWYD, PA 19004

**Counsel for debtor(s), by electronic notice only.**
KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

        /s/ William C. Miller

Date: 3/27/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee