*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rachel Thomas
    Debtor(s)

Case No: 17–17189–amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case, Voluntary Election Filed by Rachel Thomas Represented by KENNETH E. WEST (Counsel)

on: 7/17/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/12/18

Timothy B. McGrath
Clerk of Court