UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RACHEL THOMAS | : | |
| Debtor (s) | : | BANKRUPTCY NO. 17-17189 AMC |

## ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, the Debtor(s) has/have filed a Motion requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §706, 112 or §1208,

It is **ORDERED** and **DECREED** that the case is **DISMISSED**.

BY THE COURT:

Dated: July 17, 2018

Ashely M. Chan
United States Bankruptcy Judge