United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17189-amc
Rachel Thomas                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jul 19, 2018
                              Form ID: pdf900           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
```
db          +Rachel Thomas,    1218 Sandringham Road,    Bala Cynwyd, PA 19004-2025
cr          +Hyundai Capital America d/b/a Kia Motors Finance,    6100 W. Plano Parkway,    Suite 2000,
              Plano, TX 75093-8207
cr          +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
14002875     Chase Cardmember Services,    PO Box 15298,    Wilmington, DE 19850-5298
14002876    +Citizen's Bank,    PO Box 7092,    Bridgeport, CT 06601-7092
14004489    +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14002878     City of Phila. Law Department,    15 Fl, 1515 Arch Street,    Philadelphia, PA 19107
14044787    +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
              Fountain Valley, CA 92728-0825
14002883     Kia Motors Finance,    PO Box 20815,    Fountain Valley, CA 92728-0815
14002884    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,     350 Highland Avenue,    Lewisville, TX 75067)
14009041    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o ALDRIDGE PITE, LLP,
              4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
14013953    +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
14002885     PNC Mortgage,    B6-YM07-01-7, PO Box 1820,    Att.: Customer Service Research,
              Dayton, OH 45401-1820
14002886     Police and Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
14002887    +Shapiro And DeNardo, LLC,    3600 Horizon Dr., Suite 150,    King of Prussia, PA 19406-4702
14002889    +Target Credit Services,    PO Box 9500,    Minneapolis, MN 55440-9500
14017311    +WILMINGTON TRUST COMPANY,    CO Nationstar MTG. LLC d/b/a Mr. Cooper,    ATTN: Mr. Cooper,
              PO Box 619096,    Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:25    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 02:21:03    Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14089573    +E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:25
              CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14002874     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2018 02:19:49    Capital One,
              PO Box 30285,    Salt Lake City, UT 84130-0285
14002877    +E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:25
              City Of Phila Department Of Revenue,    PO Box 1630,   Philadelphia, PA 19105-1630
14002879     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 20 2018 02:26:02    Comenity Bank,
              Total Rewards,    PO Box 182272,   Columbus, OH 43218-2272
14002880     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 20 2018 02:26:02    Comenity Bank/Boscov's,
              PO Box 182272,    Columbus, OH 43218-2272
14002881     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:07
              Commonwealth of PA, Dept. of Revenue,    Bankruptcy Claims - Dept. 280946,
              Harrisburg, PA 17128-0946
14002882     E-mail/Text: cio.bncmail@irs.gov Jul 20 2018 02:25:58    IRS - Att.: Special Procedures,
              PO Box 7346,    Philadelphia, PA 19101-7346
14095538    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 20 2018 02:26:16    Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14013240     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:21:04
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14003177    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:21:04
              PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14016846     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:07
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
14002888     E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 02:20:24    Synchrony Bank - Walmart,
              Attn. Bankruptcy Dept.,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                            TOTAL: 15
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Nationstar Mortgage LLC d/b/a Mr. Cooper
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
14016852*    Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Stacey               Page 2 of 2              Date Rcvd: Jul 19, 2018
                              Form ID: pdf900            Total Noticed: 33
```

          ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:

              KENNETH E. WEST    on behalf of Debtor Rachel  Thomas dwabkty@aol.com, G6211@notify.cincompass.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Hyundai Capital America d/b/a Kia Motors Finance
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Kia Motors Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RACHEL THOMAS | : | |
| Debtor (s) | : | BANKRUPTCY NO. 17-17189 AMC |

### ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, the Debtor(s) has/have filed a Motion requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §706, 112 or §1208,

It is **ORDERED** and **DECREED** that the case is **DISMISSED**.

BY THE COURT:

Dated: July 17, 2018

Ashely M. Chan
United States Bankruptcy Judge